# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Guy Richard Lain
Attorney at Law
100 Serio Blvd.
Ferriday LA 71334


**REHEARING ACTION: June 24, 2009**


**Docket Number: 08   01462-JAC**

**STATE OF LOUISIANA IN THE INTEREST OF P.S.T.**

**Appealed from Rapides Parish Case No. 2008-TP-00006**


**<u>BEFORE JUDGES</u>:**

>     Hon. Sylvia R. Cooks
>     Hon. Jimmie C. Peters
>     Hon. Elizabeth A. Pickett
>     Hon. Billy Howard Ezell
>     Hon. J. David Painter


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana, Department of Social Services** has this day

been

>     **DENIED.**
>     Ezell, J., would grant.

Also, the request for en banc consideration filed by **State of Louisiana, Department of**

**Social Services** has this day been

>     **DENIED.**
>     Ezell, J., would grant.


cc: Brian K. Thompson, Counsel for the Appellant
    Heather Cooley, Counsel for the Appellee
    Camille Joseph Giordano, Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**